IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

       Plaintiff,               No. CIV S-03-0608 WBS DAD P

   vs.

JUDGE T. KELLY, et al.,

       Defendants.      <u>ORDER</u>

_____/

        On April 11, 2005, plaintiff filed a declaration with this court in which he contends that his appeal before the Ninth Circuit Court of Appeals was dismissed because this court failed to process his in forma pauperis application filed on March 14, 2005.  On December 12, 2003, this court granted plaintiff's in forma pauperis application.  Pursuant to Rule 24(a) of the Federal Rules of Appellate Procedure, an appellant is not required to obtain in forma pauperis status again when it was previously granted by the District Court.  However, pursuant to 28 U.S.C. § 1915(b) an appellant is still required to pay the filing fees and must comply with orders issued by the Court of Appeals.  Plaintiff should direct any further inquiries regarding the

/////

/////

/////

1

1  dismissal of his appeal to the Court of Appeals.  The court will disregard future filings in this

2  case and no further orders will issue in response to future filings by plaintiff.

3  DATED: April 18, 2005.

4

5  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

6

7  DAD:4
   pric608.58

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26